**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



CONTINUING ABATEMENT ORDER

Appellate case name:        Antonio Fidel Garcia v. The State of Texas

Appellate case number:    01-18-00378-CR

Trial court case number:  1527904

Trial court:                      185th District Court of Harris County

In November, this Court issued a notice that the brief was late and requested a response, but no response was filed. The Court issued an order on January 7, 2019, abating and remanding to the trial court to hold a hearing to determine why no brief had been filed. The order set out certain findings the trial court should make, including, if new counsel was appointed, a date by which the appellant's brief would be filed.

On March 20, 2019, the Court received a hearing record in which the trial court permitted retained counsel to withdraw and appointed new counsel. On April 15, 2019, a supplemental clerk's record was filed containing a document entitled "Trial Court's Proposed Findings and Conclusions after Abatement Hearing." This document is not signed by the trial court and it fails to set a date for the filing of the appellant's brief.

Accordingly, the abatement is continued. A supplemental clerk's record containing a signed order addressing the findings and conclusions requested in the order of January 7, 2019 shall be filed **within 20 days of the date of this order**.

It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly____
                            ☒ Acting individually    ☐ Acting for the Court


Date: __April 18, 2019__